```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                   :
UNITED STATES OF AMERICA           :
                                   :    SEALED SUPERSEDING
         - v. -                    :    INFORMATION
                                   :
JORGE ARIAS,                       :    S1 13 Cr. 040
   a/k/a "Boyuco,"                 :
                                   :
         Defendant.                :
                                   :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
```

COUNT ONE

The United States Attorney charges:

On or about May 10, 2003, in the Southern District of New York, JORGE ARIAS, a/k/a "Boyuco," the defendant, and others known and unknown, willfully and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, a conspiracy to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b), that would have obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), did use, carry, and possess a firearm, and did aid and abet the use, carrying and possession of a firearm, and in the course of thereof did cause the death of a

person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), to wit, ARIAS caused the death of Souleymane Kane by discharging, and aiding and abetting the discharge of, a firearm at Kane, in the vicinity of 556 West 160th Street, New York, New York.

(Title 18, United States Code, Sections 924(j) and 2.)

_____
PREET BHARARA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JORGE ARIAS,
a/k/a "Boyuco,"

Defendant.

SEALED SUPERSEDING INFORMATION

S1 13 Cr. 040

(18 U.S.C. §§ 924(j) and 2)

PREET BHARARA
United States Attorney.