UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           - v. -<br><br>JORGE ARIAS,<br><br>                    Defendant. | 13-cr-00040 (LTS)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall appear before Judge Jennifer L. Rochon for a status conference on **October 13, 2023 at 12:00 p.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  The Government is directed to have Defendant produced for the conference.

Dated:  October 12, 2023
         New York, New York

                                                SO ORDERED.

                                                _/s/ Jennifer Rochon_
                                                JENNIFER L. ROCHON
                                                United States District Judge