LAW OFFICES
# DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

December 19, 2023

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Jorge Arias</u>
13 CR 40 (LTS)

Dear Judge Swain:

By this letter motion, Defendant Jorge Arias respectfully moves for a modification of the conditions of his supervised release to provide that he may spend the nights of Christmas Eve and New Year's Eve 2023 with his family at his mother's home, located at ███████████, New York. I have conferred with both Assistant United States Attorney Amanda Weingarten and Probation Officer Jennifer Rose, who consent to the application.

Mr. Arias was sentenced on September 11, 2023 to reinstatement of Supervised Release, conditioned upon 30 days' BOP custody, and then upon successful completion of six months' confinement at the Bronx Residential Reentry Center. Mr. Arias was released from BOP custody on October 12 and has been at the RRC since then, without incident as far as counsel is aware.

Mr. Arias has not been able to spend the holidays at home since his lengthy terms of imprisonment began in 2007. He has written separately to the Court asking for the relief, and I believe it is understandable that at this juncture—having recently lost both his father and his younger brother, and finally nearing the end of more than 16 years of imprisonment—he wishes to spend those two nights with family members, as opposed to inside a custodial setting. The Court has the authority to grant the relief under 18 USC 3582(e)(2) which provides that the Court at all times retains the power to "modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release…."

I therefore respectfully request that the Court grant the requested relief, providing that Mr. Arias may depart from the RRC by noon on 12/24, and again on 12/31, that he is to return to the RRC by noon on 12/25 and 01/01, and that during these periods time his is to remain in full compliance with all of the other terms of his Supervised Release. I ask your Honor to "So Order"

this letter, in order that I may provide to the RRC as soon as possible.

The foregoing request is granted.
DE#162 resolved.
SO ORDERED.
December 19, 2023
/s/ Laura Taylor Swain

Respectfully submitted,

David Wikstrom